THE METROPOLITAN CONCERT COMPANY (LIMITED), Appellant, *v.* HOWARD A. SPERRY et al., Respondents.

(Argued February 28, 1890; decided March 18, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 13, 1887,

which reversed a judgment in favor of plaintiff entered upon a verdict directed by the court and ordered a new trial.

*John S. Davenport* for appellant.

*James L. Bishop* for respondents.

Agree to affirm ; no opinion.

All concur except HAIGHT, J., not sitting.

Order affirmed and judgment absolute for defendants on stipulation.